UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KYLE ROTTMAN,**   CASE NO.: 6:17-cv-00471-RBD-KRS

    Plaintiff,

vs.

**USABLE LIFE INSURANCE COMPANY,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, and informs this Court that the parties to the above-referenced action have settled this matter informally, and will file a Joint Stipulation For Dismissal With Prejudice with this Court as soon as all terms of such resolution are finalized.

DATED THIS 16th of August, 2017.

**FARRELL DISABILITY LAW**

/s/ Thomas M. Farrell, IV
Thomas M. Farrell, IV
Florida Bar No.: 972347
Attorney for Plaintiff
2319 Oak Street
Jacksonville, Florida 32204
Telephone: (904) 388-8870
Fax: (904) 339-9590
E-mail: tom@tfarrellpa.com

**CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that on August 16, 2017 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Kristina B. Pett, Esquire, kristina.pett@emhllp.com, Edison, McDowell, & Hetherington LLP, 2101 N.W. Corporate Blvd., Suite 316; Boca Raton, FL 33431.

        **FARRELL DISABILITY LAW**
        /s/ Thomas M. Farrell, IV
        Thomas M. Farrell, IV
        Florida Bar No.: 972347
        Attorney for Plaintiff
        2319 Oak Street
        Jacksonville, Florida 32204
        Telephone: (904) 388-8870
        Fax: (904) 339-9590
        E-mail: tom@tfarrellpa.com